UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRYANT LYNN THOMAS

VERSUS

MIKE CAZES, ET AL.

CIVIL ACTION

NO.  22-049-JWD-EWD

### ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) (DOC. 15)

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, on March 18, 2022, Defendants Mike Cazes, Sheriff of West Baton Rouge Parish, Zack Miller, and John Gaudet (collectively, "Defendants") filed a *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6)* ("*Motion*") (Doc. 15) seeking dismissal of all official capacity claims against them made by Plaintiff Bryan Lynn Thomas.  More specifically, Defendants argue that (1) Plaintiff has failed to state a viable claim against Sheriff Cazes with respect to inadequate training, supervision, and hiring, and (2) Plaintiff has no cognizable claim against Miller and Gaudet in their official capacity.

A review of the record shows that far more than twenty-one (21) days have elapsed since the filing of this motion.  Further, the record reveals that Plaintiff sought no extension of time to oppose Defendants' motion and that, to date, no memorandum in opposition has been filed.

Therefore, this *Motion* is deemed to be unopposed and further, after reviewing the record, the Court finds that the *Motion* has merit based on the allegations of the *Second Amended Complaint* (Doc. 14). Accordingly,

**IT IS HEREBY ORDERED** that the *Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6)* ("*Motion*") (Doc. 15) is **GRANTED**, and all of Plaintiff's official capacity claims against these Defendants are **DISMISSED WITH PREJUDICE.**

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days and must be accompanied by an opposition memorandum to the original *Motion*.

**IT IS SO ORDERED**.

Signed in Baton Rouge, Louisiana, on <u>September 14, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**